## SAMUEL LEE WILLIAMS
*vs.*
## WILLIAM J. COX, HIGHWAY COMMISSIONER

Superior Court       New Haven County       File No. 61924

MEMORANDUM FILED FEBRUARY 3, 1942.

*Howard D. Olderman,* of Ansonia, and *John J. O'Connell,* of Derby, for the Plaintiff.

*Herman J. Weisman,* of Waterbury, and *Harry L. Brooks,* Assistant Attorney General, for the Defendant.

WYNNE, J. The court is of the opinion that notice is

a prerequisite to suit even in a case where a highway hazard is a nuisance unless suit is brought within the time prescribed for notice.

The weak link in plaintiff's reasoning is that while it has been held that a town is liable for nuisance, it has not been held that the cause of action exists except by virtue of the statute relating to defective highways.

For the reasons set forth therein, the demurrer is sustained.